UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. LeRon Mason                                      Docket No. 5:16-MJ-2049-1

**Petition for Action on Probation**

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of LeRon Mason, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level 2, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on February 1, 2017, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant still owes $2,025 on the case balance and also needs more time to complete and pay for DWI treatment classes. The defendant is working on a budget to pay off the case balance and DWI treatment classes. At this time we are requesting a 6 month extension to allow the defendant more time to complete the special conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 6 months, from January 31, 2018, until July 31, 2018.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Eddie J. Smith                        /s/ Lee Holmes
Eddie J. Smith                            Lee Holmes
Supervising U.S. Probation Officer        Probation Officer
                                          150 Rowan Street Suite 110
                                          Fayetteville, NC 28301
                                          Phone: 910-354-2568
                                          Executed On: January 23, 2018

**ORDER OF THE COURT**

Considered and ordered on January 23, 2018. It is further ordered that this document shall be filed and made a part of the records in the above case.

Robert T. Numbers, II
United States Magistrate Judge